1  DONNA R. ZIEGLER [142415]
   County Counsel
2  ANDREA L. WEDDLE [250297]
   Assistant County Counsel
3  GABRIELLA W. RAYMOND [236454]
   Deputy County Counsel
4  SAMANTHA N. STONEWORK-HAND [245788]
   Associate County Counsel
5  Office of the County Counsel, County of Alameda
   1221 Oak Street, Suite 450
6  Oakland, California 94612
   Telephone:     (510) 272-6700
7
   Attorneys for COUNTY OF ALAMEDA and
8  DONNA ZIEGLER

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | DARRICK D. STERLING, et. al.,        | Case No.: C14-00827 CW
14 |        Plaintiffs,                   | **STIPULATION AND [PROPOSED]
   |                                      | ORDER TO CONTINUE CASE
15 |     vs.                              | MANGEMENT CONFERENCE**
16 | DEUTSCHE BANK TRUST COMPANTY
17 | AMERICAS, et. al.,
18 |        Defendants.

---

**STIP AND [PROPOSED] ORDER TO CONTINUE CASE MANGEMENT CONFERENCE, Case No. C14-00827 CW**
1

**STIPULATION**

COME NOW the parties, Defendants by and through their attorneys of record, and Plaintiffs, pro se, and hereby stipulate and agree that the Case Management Conference currently set for May 28, 2014 at 2:00 p.m. should be continued because several Defendants have been only recently served or have yet to be served. The parties agree that after all Defendants have been served and have filed responsive pleadings, which may be until at least June 5, 2014, the Court should set a new Case Management Conference.

DATED:    May 20, 2014

| | |
|---|---|
| By: *Darrick Sterling*<br>Darrick Sterling<br>Plaintiff | Office of the County Counsel in and for the County of Alameda, State of California |
| By: *Yvonne Tijerino*<br>Yvonne Tijerno<br>Plaintiff | By: /s/ *Gabriella Raymond*<br>Gabriella W. Raymond<br>Attorney for Defendants County of Alameda and Donna Ziegler |
| By: *JRobinson*<br>Spirit and Self Ministries<br>Plaintiff | The Wolf Firm<br>A Law Corporation<br><br>By /s/ *Abe Salen*<br>Abe Salen<br>Attorney for The Wolf Firm and Kayo Manson-Tompkins |
| By: *Dennis Lee Lathers*<br>Dennis Lee Lathers<br>Plaintiff | HOUSER & ALLISON<br>A Professional Corporation |
| By: *Sylvester Bradford*<br>Sylvester Bradford<br>Plaintiff | /s/ *Patrick S. Ludeman*<br>Patrick S. Ludeman<br>Attorney for Deutsche Bank Trust Company Americas as Trustee |

STIP AND [PROPOSED] ORDER TO CONTINUE CASE MANGEMENT CONFERENCE, Case No. C14-00827 CW

2

## **ORDER**

THIS MATTER having come before the court upon the foregoing stipulation of the parties and the court otherwise finding good cause, now, therefore,

**IT IS HEREBY ORDERED** that the Court further continues the Case Management Conference to the following date and time:  June 18, 2014, at 2:00 p.m.

The parties are to advise the Court if the matter has settled or otherwise file and serve updated CMC Statements on or before June 4, 2014.

Dated: _____May 22_, 2014     
HONORABLE CLAUDIA WILKEN