DONNA R. ZIEGLER [142415]
County Counsel
ANDREA L. WEDDLE [250297]
Assistant County Counsel
GABRIELLA W. RAYMOND [236454]
Deputy County Counsel
SAMANTHA N. STONEWORK-HAND [245788]
Associate County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:    (510) 272-6700

Attorneys for COUNTY OF ALAMEDA and
DONNA ZIEGLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRICK D. STERLING, et. al.,<br><br>    Plaintiffs,<br><br>     vs.<br><br>DEUTSCHE BANK TRUST COMPANTY AMERICAS, et. al.,<br><br>    Defendants. | Case No.: C14-00827 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANGEMENT CONFERENCE** |

**STIPULATION**

COME NOW the parties, Defendants by and through their attorneys of record, and Plaintiffs, pro se, and hereby stipulate and agree that the Case Management Conference currently set for May 28, 2014 at 2:00 p.m. should be continued because several Defendants have been only recently served or have yet to be served. The parties agree that after all Defendants have been served and have filed responsive pleadings, which may be until at least June 5, 2014, the Court should set a new Case Management Conference.

DATED:    May 20, 2014

By: *Darrick Sterling*
    Darrick Sterling
    Plaintiff

By: *Yvonne Tijerino*
    Yvonne Tijerno
    Plaintiff

By: *JRobinson*
    Spirit and Self Ministries
    Plaintiff

By: *Dennis Lee Lathers*
    Dennis Lee Lathers
    Plaintiff

By: *Sylvester Bradford*
    Sylvester Bradford
    Plaintiff

Office of the County Counsel in and for the County of Alameda, State of California

By: /s/ *Gabriella Raymond*
Gabriella W. Raymond
Attorney for Defendants County of Alameda and Donna Ziegler

The Wolf Firm
A Law Corporation

By /s/ *Abe Salen*
Abe Salen
Attorney for The Wolf Firm and Kayo Manson-Tompkins

HOUSER & ALLISON
A Professional Corporation

/s/ *Patrick S. Ludeman*
Patrick S. Ludeman
Attorney for Deutsche Bank Trust Company Americas as Trustee

---

**STIP AND [PROPOSED] ORDER TO CONTINUE CASE MANGEMENT CONFERENCE, Case No. C14-00827 CW**
2

1

**ORDER**

2   THIS MATTER having come before the court upon the foregoing stipulation of the
3 parties and the court otherwise finding good cause, now, therefore,
4 **IT IS HEREBY ORDERED** that the Court further continues the Case Management Conference
5 to the following date and time:  June 18, 2014, at 2:00 p.m.
6   The parties are to advise the Court if the matter has settled or otherwise file and serve
7 updated CMC Statements on or before June 11, 2014.

8
Dated: _____May 22__, 2014        
9                                                    HONORABLE CLAUDIA WILKEN

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP AND [PROPOSED] ORDER TO CONTINUE CASE MANGEMENT CONFERENCE, Case No. C14-00827 CW

3